IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | : |
| | :     **Case No. 2:21-mj-670** |
| **v.** | : |
| **BRANDON WILLIAM TVEDT.** | |

## ORDER

Based upon the Financial Affidavit Defendant completed (ECF No. 4), it appears that he has the financial ability to retain counsel. According to Defendant's Affidavit, his monthly income is $5,000 per month, and his expenses total $1,500 per month, which means he has a net monthly cash flow of $3,500. In addition, Defendant represents that that he has $10,000 in cash and an additional $20,000 in crypto currency. In view of these representations, the Court finds that Defendant does not qualify for court-appointed counsel because it appears that he can afford to retain counsel. The Court makes this determination, however, without prejudice to Defendant seeking reconsideration should he provide evidence that he has been unable to retain counsel due to his financial condition.

    **IT IS SO ORDERED.**

    */s/ Chelsey M. Vascura*
**CHELSEY M. VASCURA**
**UNITED STATES MAGISTRATE JUDGE**