# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | | CASE NO. 2:21-MJ-670 |
| vs. | : | |
| | | MAGISTRATE JUDGE VASCURA |
| BRANDON WILLIAM TVEDT, | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

Steven S. Nolder hereby enters his appearance as trial attorney on behalf of Defendant Brandon William Tvedt.

        Respectfully submitted,

        /s/ Steven S. Nolder
        Steven S. Nolder (0037795)
        65 East State Street, Suite 200
        Columbus, Ohio 43215
        (614) 221-9790
        snolder9@gmail.com
        Attorney for Brandon William Tvedt

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document has been electronically served on AUSA Michael Hunter on December 27, 2021.

        /s/ Steven S. Nolder
        Steven S. Nolder (0037795)
        Attorney for Brandon William Tvedt