AO 442 (Rev. 11/11) Arrest Warrant

FILED
RICHARD W. NAGEL
CLERK OF COURT

2021 DEC 27 AM 8:59

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV COLUMBUS

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

United States of America
v.
Brandon William Tvedt

Defendant

Case No. 2:21-mj-670

United States Courts
Southern District of Texas
FILED

DEC 08 2021

Nathan Ochsner, Clerk of Court

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Brandon William Tvedt,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. Section 841 - Knowingly or intentionally attempt to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense a controlled substance.

21 U.S.C Section 846 - Attempt and conspiracy to commit an act in violation of 21 U.S.C. Section 841

Date: 10/13/2021

*/s/ Chelsey M. Vascura*
Chelsey M. Vascura
United States Magistrate Judge
*Issuing officer's signature*

City and state: Columbus, Ohio

Chelsey M. Vascura, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 10/13/21, and the person was arrested on *(date)* 11/30/21
at *(city and state)* Houston, TX

Date: 11/30/2021

Anja Moon
Investigative Analyst
USMS/S/TX/Houston
*Printed name and title*