**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| PLAINTIFF, | : | CASE No. 2:21-MJ-670 |
| vs. | : | MAGISTRATE JUDGE |
| BRANDON W. TEVDT | : | CHELSEY M. VASCURA |
| DEFENDANT. | : | |

**JOINT MOTION FOR EXTENSION OF TIME DURING WHICH
INDICTMENT/INFORMATION MUST BE FILED**

Now come the parties, through their undersigned attorneys, and jointly move this Court for an order extending the time for the scheduled preliminary hearing and return of an Indictment or Information pursuant to 18 U.S.C. § 3161(b) from January 3, 2022, to February 17, 2022.  The defendant, BRANDON W. TEVDT, is aware of his right to a preliminary hearing and the timely filing of an Indictment or Information, afforded under 18 U.S.C. § 3161(b), and hereby waives those rights for the purposes of this motion.   The parties believe this continuance would best serve the interests of justice and that the time would be excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

The United States is in the process of providing pre-indictment discovery to defense counsel to examine and review with the defendant.   However, because of the nature of the pre-indictment discovery, the continued logistical difficulties in dealing with restrictions related to the COVID-19 virus, review of evidence and discussions about a possible global case resolution are

1

difficult to quickly accomplish in order to discuss a possible resolution to this case prior to the time within which the preliminary hearing or and Indictment or Information must be filed on December 22, 2021.   The parties are in agreement that a continuance of the preliminary hearing and time for indictment would best serve the interests of justice and the time would be excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

For these reasons, the parties request an extension of the time until February 17, 2022, within which a preliminary hearing will occur or Indictment or Information may be filed in this case.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

| | |
|---|---|
| s/Steven S. Nolder | s/Michael J. Hunter |
| STEVEN S. NOLDER | MICHAEL J. HUNTER (0076815) |
| 65 E. State St | Assistant United States Attorney |
| Columbus, OH 43215 | 303 Marconi Boulevard, Suite 200 |
| Attorney for Brandon W. Tevdt | Columbus, Ohio 43215 |
| (614) 221-9790 | (614) 469-5715 |
| snolder9@gmail.com | michael.hunter@usdoj.gov |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **PLAINTIFF,** | : | |
| | : | **CASE No. 2:21-MJ-670** |
| vs. | : | |
| | : | **MAGISTRATE JUDGE** |
| **BRANDON W. TEVDT** | : | **CHELSEY M. VASCURA** |
| **DEFENDANT.** | : | |

## ORDER

Upon this joint motion of the parties, and for the reasons set forth in the parties' joint motion, the Court hereby finds that there is good cause shown to grant an extension of time in which a preliminary hearing will occur or to return an Indictment or file an Information, that the extension would best serve the interests of justice and that the time would be excludable pursuant to 18 U.S.C. § 3161(h)(7)(A). Accordingly, the Court hereby GRANTS an extension of these dates until February 17, 2022, where a preliminary hearing will occur or an Indictment or Information will be filed pursuant to 18 U.S.C. § 3161(b).

_____
Date

_____
United States Magistrate Judge