

# William Sanford McDonald

December 11, 1952 - December 29, 2021

Recommend 0

Sign In

Share Obituary:

f  🐦  (sms:?&body=https://www.galbreaithpickard.com/obituaries/William-Sanford-McDonald?obId=23551836#/celebrationWall)  ✉

**Tribute Wall**  **Obituary & Events**

## Obituary

William Sanford McDonald, age 69, passed on into his eternal life and peace on Wednesday, December 29, 2021. William was born December 11, 1952 in Enid, OK to James and Mary Lou Montgomery McDonald. His passion in life was ministering to others through God's word. During his early life, he ministered to college students through his affiliation with InterVarsity Christian Fellowship. He carried this purpose throughout his life seeking to connect with others by teaching, preaching, and mentoring. He was dedicated to his role as Vice President and Principal of Freese and Nichols, Inc., and was an integral part of their client development for over 23 years.

William is survived by his wife of 46 years, Sarah Wallis McDonald, his daughters, Hannah Ware and husband John of Flower Mound, Allie Ricks and husband Case of League City, and Jillian North of Willow Park; sisters, Donna Knight of Texarkana, Kathleen Stewart of Benton, LA, and Cassie Scrivner of Texarkana; brothers, Jack McDonald of Shirley, AR, Jimmy McDonald of Rockwall, TX, David McDonald of Litchfield, AZ, Mark McDonald of Texarkana, Michael McDonald of Victoria, TX, and Paul McDonald of Fouke, TX, as well as his grandchildren, Tennyson, William, Declan, Kieran, Callen, Isla, and a baby girl on the way.

William was an avid reader with an extensive library, in addition to his love for running. He loved his family and was greatly loved by them. He was a devoted friend and mentor to many.

A memorial service will be held at the Christ Chapel Bible Church Chapel in Fort Worth, TX, on Thursday, January 20, 2022, at 2 p.m. The service will be live-streamed at www.ccbcfamily.org/memorials. In lieu of flowers, donations can be made to The American Association of Critical Care Nurses at https://www.aacn.org/give-aacn-a-gift.

Share a memory

Hide ∧

# Events

**JAN 20** — Service

🕐 Thursday, January 20, 2022
2:00PM - 3:00PM

📍 Christ Chapel Bible Church
3701 Birchman Avenue
Fort Worth, TX 76107

**Get Directions**

View Map (Http://Maps.Google.Com/Maps?Saddr=&Daddr=3701 Birchman Avenue, Fort Worth, TX 76107)  |  Text  |  Email

🎥 **Live Webcast**
Watch Event (Www.Ccbcfamily.Org/Memorials)

---

f (https://www.facebook.com/galbreaithpickard/)

Blog (../about-us/blog)
http://www.dob.texas.gov (http://www.dob.texas.gov)

© Galbreaith Pickard Funeral Chapel and Cremation Services | Weatherford, TX - Funeral Home Website Design By Frazer Consultants (http://www.frazerconsultants.com/) & TA (https://www.tributearchive.com/)

null
Privacy Policy & Terms of Use

Share a memory