**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| PLAINTIFF, | : | |
| | | CASE No. 2:21-MJ-670 |
| vs. | : | |
| | | MAGISTRATE JUDGE |
| BRANDON W. TVEDT | : | CHELSEY M. VASCURA |
| DEFENDANT. | : | |

**JOINT MOTION FOR EXTENSION OF TIME DURING WHICH INDICTMENT/INFORMATION MUST BE FILED**

Now come the parties, through their undersigned attorneys, and jointly move this Court for a second order extending the time for the return of an Indictment or Information pursuant to 18 U.S.C. § 3161(b) from February 17, 2022, to March 17, 2022.  The defendant, BRANDON W. TVEDT, is aware of his right to a preliminary hearing and the timely filing of an Indictment or Information, afforded under 18 U.S.C. § 3161(b), and hereby waives those rights for the purposes of this motion.  The parties believe this additional continuance would best serve the interests of justice and that the time would be excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

The United States has provided pre-indictment discovery to defense counsel to examine and review with the defendant, and the parties have entered plea discussions.  However, because of the nature of the pre-indictment discovery, the continued logistical difficulties in dealing with the COVID-19 virus, and the travel and trial schedules of counsel, discussions about a possible case resolution have been difficult to finalize prior to the time within which Indictment or

1

Information must be filed on February 17, 2022. The parties are in agreement that a continuance of the preliminary hearing and time for indictment would best serve the interests of justice and the time would be excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

For these reasons, the parties request an extension of the time until March 17, 2022, within which a preliminary hearing will occur or Indictment or Information may be filed in this case.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

| | |
|---|---|
| s/Steven S. Nolder | s/Michael J. Hunter |
| STEVEN S. NOLDER | MICHAEL J. HUNTER (0076815) |
| 65 E. State St | Assistant United States Attorney |
| Columbus, OH 43215 | 303 Marconi Boulevard, Suite 200 |
| Attorney for Brandon W. Tvedt | Columbus, Ohio 43215 |
| (614) 221-9790 | (614) 469-5715 |
| snolder9@gmail.com | michael.hunter@usdoj.gov |

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **PLAINTIFF,** | : | **CASE No. 2:21-MJ-670** |
| vs. | : | **MAGISTRATE JUDGE** |
| **BRANDON W. TEVDT** | : | **CHELSEY M. VASCURA** |
| **DEFENDANT.** | : | |

## ORDER

Upon this joint motion of the parties, and for the reasons set forth in the parties' joint motion, the Court hereby finds that there is good cause shown to grant an additional extension of time in which to return an Indictment or file an Information, that the extension would best serve the interests of justice and that the time would be excludable pursuant to 18 U.S.C. § 3161(h)(7)(A). Accordingly, the Court hereby GRANTS an extension of these dates until March 17, 2022, where a preliminary hearing will occur or an Indictment or Information will be filed pursuant to 18 U.S.C. § 3161(b).

_____
Date

_____
United States Magistrate Judge